UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND
0:23-CR-15-DLB-CJS
*"Electronically Filed"*

UNITED STATES OF AMERICA                                          PLAINTIFF

V.

NATHANIEL K. LUMPKINS                                             DEFENDANT

---

DEFENDANT'S PROPOSED VIOR DIRE QUESTIONS

---

Comes the Defendant, by counsel, and pursuant to the Court's instructions hereby submits the proposed voir dire questions for the Court's consideration.

1. Have any of the jurors, or someone closely connected to any of the jurors, ever been accused of using excessive force in a law enforcement or correctional situation?

2. Do any of the jurors have any expertise in the utilization of excessive force in a law enforcement or correctional situation?

RESPECTFULLY SUBMITTED,

S:/Ned Pillersdorf
NED PILLERSDORF
PILLERSDORF LAW OFFICES
124 WEST COURT STREET
PRESTONSBURG, KENTUCKY 41653
PH: (606) 886-6090
FX: (606) 886-6148
pillersn@gmail.com

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing was electronically filed on the CM/ECF server on this 15th day of March, 2024.

1

2

S:/Ned Pillersdorf
NED PILLERSDORF