UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND
CRIMINAL MINUTES – RE-ARRAIGNMENT AND PLEA

Case No: **0:23-cr-15-DLB-EBA**    At: Ashland    Date: April 8, 2024

**USA v. NATHANIEL K. LUMPKINS**    _X_ present    ___ custody    ___ bond   _X_ OR   Age: ___

DOCKET ENTRY: The jury trial currently scheduled for Monday, May 13, 2024, is hereby **VACATED.** The prior amended writ issued for Lloyd Johnson at DE 37 is **QUASHED**.

PRESENT:   HON. DAVID L. BUNNING

KELLY SMITH                                                                          ZACHARY D. DEMBO
Deputy Clerk                                                                         Assistant U.S. Attorney

Court Reporter:  LISA WIESMAN

Counsel for Deft:  NED PILLERSDORF        _X_ present    _X_ retained    ___ Appointed

**PROCEEDINGS:  RE-ARRAIGNMENT and GUILTY PLEA**

_X_   Defendant formally rearraigned and advised of rights, pursuant to Rule 11, F.R.Cr.P

_X_   Defendant moves to CHANGE PLEA to the offense charged in Counts 1 and 2 of the indictment.

_X_   Defendant pleads _X_ GUILTY to the offense charged in Counts 1 and 2 of the indictment.

_X_   PLEA AGREEMENT SHALL BE FILED of record by the Clerk and the original returned to the United States

_X_   Court orders Presentence Report, with copies to be furnished to counsel and Defendant, pursuant to Rule 32 F.R.Cr.P.

_X_   The Defendant released to remain on bond pursuant to conditions of release previously imposed by the Court.

___   Defendant remanded to custody of the USMS.

_X_   This case is continued until **TUESDAY, AUGUST 13, 2024, at 1:00 pm at Ashland, Kentucky** for Sentencing before District Judge David L. Bunning, subject to intervening orders of the Court.

Copies: COR USP USM
TIC:  0/42